Bernard BYNUM, Appellant,

v.

STATE of Missouri, Respondent.

No. 51037.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer
Denied March 11, 1987.

Application to Transfer Denied
April 14, 1987.

Dave Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the judgment denying his Rule 27.26 after an evidentiary hearing to set aside his sentence of twelve years imposed following his plea of guilty to two charges of forcible rape and one charge of burglary in the second degree.

The judgment of the trial court is based on findings which are not clearly erroneous. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Johnny CALMESE, Appellant.

No. 51442.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer
Denied March 11, 1987.

Application to Transfer Denied
April 14, 1987.

Deborah Lambdin Stockhausen, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for three counts of robbery, first degree, in violation of § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).